**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>**FULLER, Anitra Deshaun,**<br><br>Debtor(s). | NO. 23-12291<br><br>DECLARATION OF MAILING |

I, Jennifer Roberts, declare under penalty of perjury under the laws of the State of Washington, that on December 12, 2023, I served a true copy of the following:

**Notice of 341 Meeting of Creditors and Chapter 13 Plan;**

TO: All creditors and other parties on the attached Mailing Matrix

By depositing the copies in the U.S. Mail, first class, postage prepaid.

DATED this 12th day of December 2023, at Federal Way, Washington.

/s/ Jennifer Roberts
Jennifer Roberts, Sr. Paralegal

DECLARATION OF MAILING - 1

LAW OFFICES OF TRAVIS GAGNIER, INC., PS
33507 Ninth Ave S, Bldg F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234; gagnierecf@bestbk.com

```
Label Matrix for local noticing          Affirm, Inc.                              Affirm, Inc.
0981-2                                   650 California St Fl 12                   Attn: Bankruptcy
Case 23-12291-TWD                        San Francisco CA 94108-2716               650 California St, Fl 12
Western District of Washington                                                     San Francisco CA 94108-2716
Seattle
Tue Dec 12 15:53:46 PST 2023

Applied Bank                             Applied Bank                              BECU
2200 Concord Pike                        Attn: Bankruptcy                          Attn: Bankruptcy Department
Wilmington DE 19803-2909                 2200 Concord Pike Ste 102                 Po Box 97050
                                         Wilmington DE 19803-2978                  Seattle WA 98124-9750

BECU                                     Bank of America                           Bank of America
Po Box 97050                             Attn: Bankruptcy                          Po Box 982238
Seattle WA 98124-9750                    4909 Savarese Circle                      El Paso TX 79998-2238
                                         Tampa FL 33634-2413

Bk Of Amer                               Bk Of Amer                                Bk Of Mo
4909 Savarese Circle                     Attn: Bankruptcy                          Po Box 85710
Tampa FL 33634-2413                      100 North Tryon St                        Sioux Falls SD 57118-5710
                                         Charlotte NC 28255-0001

Boeing Employees C U                     CFNA/Credit First Natl Assoc              CFNA/Credit First Natl Assoc
Po Box 97050                             Attn: Bankruptcy                          Pob 81315
Seattle WA 98124-9750                    Po Box 81315                              Cleveland OH 44181-0315
                                         Cleveland OH 44181-0315

CREDIT FIRST NA                          Capital One                               Capital One
PO BOX 818011                            Attn: Bankruptcy                          Po Box 31293
CLEVELAND, OH 44181-8011                 Po Box 30285                              Salt Lake City UT 84131-0293
                                         Salt Lake City UT 84130-0285

Capital One/Neiman Marcus/Bergdorf Goodm Capital One/Neiman Marcus/Bergdorf Goodm  Citibank/The Home Depot
Attn: Bankruptcy                         Po Box 31293                              Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 30285                             Salt Lake City UT 84131-0293              Po Box 790040
Salt Lake City UT 84130-0285                                                       St Louis MO 63179-0040

Citibank/The Home Depot                  Comenity Bank/Victoria Secret             Comenity Bank/Victoria Secret
Po Box 6497                              Attn: Bankruptcy                          Po Box 182789
Sioux Falls SD 57117-6497                Po Box 182125                             Columbus OH 43218-2789
                                         Columbus OH 43218-2125

Comenity Capital/Davids Bridal           Comenity Capital/Davids Bridal            Comenity Capital/IDD
Attn: Bankruptcy                         Po Box 182120                             Attn: Bankruptcy
Po Box 182125                            Columbus OH 43218-2120                    Po Box 182125
Columbus OH 43218-2125                                                             Columbus OH 43218-2125

Comenity Capital/IDD                     Comenitycapital/fFe21                     Comenitycapital/fFe21
Po Box 182120                            Attn: Bankruptcy Dept                     Po Box 182120
Columbus OH 43218-2120                   Po Box 182125                             Columbus OH 43218-2120
                                         Columbus OH 43218-2125
```

| | | |
|---|---|---|
| Costco Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls SD 57117-6500 | Costco Citi Card<br>Po Box 6190<br>Sioux Falls SD 57117-6190 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas NV 89113-2273 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas NV 89193-8872 | DigniFi<br>Attn: Banktuptcy<br>Po Box 576<br>Bellevue WA 98009-0576 | DigniFi<br>Po Box 7084<br>Boulder CO 80306-7084 |
| Dsnb Bloomingdales<br>Po Box 6789<br>Sioux Falls SD 57117-6789 | Exeter Finance LLC<br>Attn: Bankruptcy<br>Po Box 166008<br>Irving TX 75016-6008 | Exeter Finance LLC<br>Po Box 166097<br>Irving TX 75016-6097 |
| FIRST PREMIER<br>PO BOX 5114<br>SIOUX FALLS SD 57117-5114 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>Sioux Falls SD 57104-4868 | Fingerhut<br>13300 Pioneer Trail<br>Eden Prairie MN 55347-4120 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud MN 56303-0820 | First Electronic Bank<br>Attn: Bankruptcy<br>Po Box 521271<br>Salt Lake City UT 84152-1271 | First Electronic Bank<br>Po Box 4499<br>Beaverton OR 97076-4499 |
| (p)FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1593 | FredMeyerJewelers<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | FredMeyerJewelers<br>Po Box 71757<br>Philadelphia PA 19176-1757 |
| Anitra Deshaun Fuller<br>8104 Wolcott Ave S<br>Seattle, WA 98118-4712 | Travis A Gagnier<br>Law Offices of Travis Gagnier, Inc., PS<br>33507 9th Ave S Bldg F<br>PO Box 3949<br>Federal Way, WA 98063-3949 | Genesis FS Card<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton OR 97076-4401 |
| Genesis FS Card<br>Po Box 4485<br>Beaverton OR 97076-4485 | Genesis FS Card Services<br>Attn: Bankruptcy<br>Po Box 4477<br>Beaverton OR 97076-4401 | Genesis FS Card Services<br>Po Box 4499<br>Beaverton OR 97076-4499 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia PA 19176-0379 | Goldman Sachs Bank USA<br>Lockbox 6112<br>Philadelphia PA 19170-0001 | Homestead<br>412 Maynard Ave S, #201<br>Seattle WA 98104-2917 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERTAT<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | KING COUNTY TREASURY<br>500 FOURTH AVE ROOM 600<br>SEATTLE WA 98104-2387 | Kia Motors Finance<br>10550 Talbert Ave<br>Fountain Valley CA 92708-6031 |

Kia Motors Finance
Attn: Bankruptcy
Po Box 20825
Fountain Valley CA 92728-0825

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee WI 53201-3043

Kohls/Capital One
Po Box 3115
Milwaukee WI 53201-3115

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Macys/fdsb
Po Box 6789
Sioux Falls SD 57117-6789

Merrick Bank/CCHoldings
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage NY 11804-9001

Merrick Bank/CCHoldings
Po Box 9201
Old Bethpage NY 11804-9001

Nordstrom FSB
13531 E. Caley Ave
Englewood CO 80111-6505

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood CO 80155-6555

Onemain
Po Box 1010
Evansville IN 47706-1010

SYNCB/WALMART
PO BOX 965024
Orlando FL 32896-5024

Sound Credit Union
1331 Broadway Plz
Tacoma WA 98402-3410

Sound Credit Union
Attn: Bankruptcy
1331 Broadway Ste 100
Tacoma WA 98402-3410

(p)SUNBIT INC
ATTN LEGAL AND COMPLIANCE
PO BOX 24010
LOS ANGELES CA 90024-0010

Syncb/Paypalsmartconn
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896-5060

Syncb/Paypalsmartconn
Po Box 71727
Philadelphia PA 19176-1727

Syncb/Venmo
Attn: Bankruptcy
P.O. Box 965064
Orlando FL 32896-5064

Syncb/Venmo
Po Box 71737
Philadelphia PA 19176-1737

Syncb/ccdstr
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896-5060

Syncb/ccdstr
Po Box 71757
Philadelphia PA 19176-1757

Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896-5060

Synchrony Bank/ Old Navy
Po Box 71727
Philadelphia PA 19176-1727

Synchrony Bank/Amazon
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896-5060

Synchrony Bank/Amazon
Po Box 71737
Philadelphia PA 19176-1737

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896-5060

Synchrony Bank/Care Credit
Po Box 71757
Philadelphia PA 19176-1757

Synchrony Bank/Gap
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896-5060

Synchrony Bank/Gap
Po Box 71727
Philadelphia PA 19176-1727

Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965060
Orlando FL 32896-5060

Synchrony Bank/JCPenney
Po Box 71729
Philadelphia PA 19176-1729

| | | |
|---|---|---|
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony/PayPal Credit<br>Po Box 71727<br>Philadelphia PA 19176-1727 | Target NB<br>C/O Financial & Retail Services<br>Mailstop BT PO Box 9475<br>Minneapolis MN 55440-9475 |
| Target NB<br>Po Box 673<br>Minneapolis MN 55440-0673 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | (p)UPLIFT INC<br>5301 KIETZKE LN STE 200<br>RENO NV 89511-2083 |
| Upstart Finance<br>2 Circle Star Way<br>San Carlos CA 94070-6200 | Upstart Finance<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| WF Hotel<br>Attn: Bankruptcy<br>1 Home Campus, 3rd Floor Mac X2303-01a<br>Des Moines IA 50328-0001 | WF Hotel<br>Po Box 14517<br>Des Moines IA 50306-3517 | (p)JASON WILSON AGUILAR<br>600 UNIVERSITY ST STE 1300<br>SEATTLE WA 98101-4102 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First National Bank of Omaha<br>1620 Dodge St Stop Code 3113<br>Omaha, Ne 68197 | (d)Fnb Omaha<br>Attn: Bankruptcy<br>P.O. Box 3128<br>Omaha NE 68103 | (d)Fnb Omaha<br>P.o. Box 3412<br>Omaha NE 68197 |
| Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason OH 45040 | Sunbit<br>10940 Wilshire Blvd<br>Los Angeles CA 90024 | (d)Sunbit<br>Attn: Bankruptcy<br>10880 Wilshire Blv Suite 870<br>Los Angeles CA 90024 |
| (d)Sunbit, Inc<br>10940 Wilshire Blvd<br>Los Angeles CA 90024 | (d)Sunbit, Inc<br>Attn: Bankruptcy<br>10940 Wilshire Blvd<br>Los Angeles CA 90024 | Uplift, Inc.<br>Attn: Bankruptcy<br>440 N Wolfe Rd<br>Sunnyvale CA 94085 |
| Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Uplift, Inc.

End of Label Matrix
Mailable recipients   101
Bypassed recipients     1
Total                 102